

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Counsel certifies she has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file his own brief, and has provided appellant with a form motion to obtain the appellate record if he desires to do so. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); s*ee also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

If appellant desires to file a *pro se* brief, he must do so on or before **July 16, 2019**. *See Bruns*, 924 S.W.2d at 177 n.1.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We **ORDER** the motion to withdraw filed by appellant's counsel to be **HELD IN ABEYANCE** pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.



_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court